1 | Peter K. Strojnik, Bar No. 026082
The Strojnik Firm L.L.C.
2 | Attorneys At Law
Esplanade Center III Suite 700
3 | 2415 East Camelback Road
Phoenix, Arizona 85016
4 | Telephone:  (602) 510-9409
strojnik@skplaw.com
5 | Attorney for Plaintiff

6

Thomas C. Horne
7 | Attorney General

8 | J. Thomas Allen, Bar No. 027269
Rachel M. Bacalzo, Bar No. 016117
9 | Dennis D. Carpenter, Jr., Bar No. 019422
Assistant Attorneys General
10 | 1275 West Washington
Phoenix, Arizona 85007-2926
11 | Telephone:  (602) 542-7653
Facsimile:   (602) 542-7644
12 | Thomas.Allen@azag.gov
Rachel.Bacalzo@azag.gov
13 | Dennis.Carpenter@azag.gov

14 | Attorneys for Defendant Arizona
Department of Education

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Stephanie Hahn, an Arizona Resident; Ruth Kerr, an Arizona resident; Shea Padilla, and Arizona resident,<br><br>Plaintiffs,<br><br>vs.<br><br>State of Arizona *ex rel.* Arizona Department of Education,<br><br>Defendant. | Case No: CV12-01299-FJM<br><br>**NOTICE OF SETTLEMENT**<br><br>(Assigned to the Hon. Frederick J. Martone) |

The parties, by and through counsel undersigned, and pursuant to Local Rule 40.2(d), hereby notify the Court that they have reached a settlement in this action.  The parties will file a stipulation to dismiss this action with prejudice upon the execution of settlement documents.

DATED April 23, 2013.

| | |
|---|---|
| The Strojnik Firm, LLC | Thomas C. Horne<br>Attorney General |
| s/Peter K. Strojnik w/permission<br>Peter K. Strojnik<br>Attorney for Plaintiff | s/J. Thomas Allen<br>J. Thomas Allen<br>Assistant Attorney General<br>Attorneys for Defendant State of<br>Arizona, Department of Education |

I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following, if CM/ECF registrants, and mailed a copy of same to any non-registrants, on April 23, 2013, to:

Peter K. Strojnik
The Strojnik Firm, LLC
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, AZ 85016
Attorney for Plaintiff

s/D. Anderson
#3277305

2